*J. Stanley Carter* and *Newton R. Cass* for appellants.
*John J. Scully* for respondent.

Judgment of the Appellate Division reversed on the ground that there is not sufficient evidence to sustain the reinstatement of the verdict; and the order of the Trial Term setting aside the verdict affirmed, with costs in all courts to abide the event. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Not sitting: LOUGHRAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN RUBINO, Appellant.

(Submitted March 4, 1935; decided March 19, 1935.)

*John A. Sylvester* and *Charles C. Cullen* for appellant.
*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

EMILE ANTONY, Appellant, *v.* ALEXANDER & WILSON, INC., et al., Defendants, and RIDGEWOOD HOMES CORPORATION, Respondent.

(Argued March 4, 1935; decided March 19, 1935.)

*Terence J. Mullen* and *Alfred J. Amend* for appellant. *Fred L. Gross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.